# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

| | |
|---|---|
| **MATTHEW D. LEONARD, and minor children, E.E.L. and K.A.L.,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioners,** | 08-cv-109-bbc |
| v. | |
| **ROBERT P. VANDEHEY, individually and acting in his official capacity as circuit judge of Grant County,** | |
| **Respondent.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition of Matthew Leonard for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE

for his failure to exhaust his state court remedies.

**THERESA M. OWENS**

_____
**Theresa M. Owens, Clerk**

**Connie A. Korth**                                                    **2/28/08**
_____                                      _____
**by Deputy Clerk**                                                    **Date**